No. 81–5786. STROUTH v. TENNESSEE. Sup. Ct. Tenn.;

No. 81–5840. DAVIS v. ZANT, SUPERINTENDENT, GEORGIA DIAGNOSTIC AND CLASSIFICATION CENTER. Super. Ct. Ga., Butts County;

No. 81–5844. BOWEN v. ZANT, WARDEN. Super. Ct. Ga., Butts County;

No. 81–5872. JUSTUS v. VIRGINIA. Sup. Ct. Va.;

No. 81–5919. SCHAD v. ARIZONA. Sup. Ct. Ariz.;

No. 81–5935. GREEN v. ZANT, WARDEN, GEORGIA DIAGNOSTIC AND CLASSIFICATION CENTER. Super. Ct. Ga., Butts County;

No. 81–5937. COLEMAN v. MONTANA. Sup. Ct. Mont.; and

No. 81–5970. TAFERO v. FLORIDA. Sup. Ct. Fla. Certiorari denied. Reported below: No. 81–5786, 620 S. W. 2d 467; No. 81–5872, 222 Va. 667, 283 S. E. 2d 905; No. 81–5919, 129 Ariz. 557, 633 P. 2d 366; No. 81–5937, —— Mont. ——, 633 P. 2d 624; No. 81–5970, 403 So. 2d 355.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.

No. 80–1396. BRANDON ET AL. v. BOARD OF EDUCATION OF GUILDERLAND SCHOOL DISTRICT ET AL., 454 U. S. 1123;

No. 81–222. VALERO ENERGY CORP. v. SOHYDE DRILLING & WORKOVER, INC., ET AL., 454 U. S. 1081;

No. 81–256. MOORE v. SCURR, WARDEN, ET AL., 454 U. S. 1098; and

No. 81–747. PATTERSON ET AL. v. YOUNGSTOWN SHEET & TUBE CO. ET AL., 454 U. S. 1100. Petitions for rehearing denied.